UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60820-CIV-COHN

ERICK EDOUARD,

Magistrate Judge White

    Petitioner,

vs.

WALTER MCNEIL, Secretary, Department
of Corrections,

    Respondent.
_____/

## ORDER DENYING (Second) MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the Court upon Petitioner's Motion to Reconsider [DE 42]. The Court has reviewed *de novo* the file herein, and is otherwise fully advised in the premises.

The Court previously denied Petitioner's § 2254 habeas petition [DE 22], Petitioner's Motion to Reopen this Case or Grant a New Trial [DE 34], and Petitioner's Motion for Reconsideration [DE 36]. In the present motion, Petitioner again seeks reconsideration. The Court sees no reason to restate its reasons previously expressed in those orders, as Petitioner has not met his burden to show an intervening change in controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice. Williams v. Cruise Ships Catering & Service Int'l, N.V., 320 F. Supp. 2d 1347, 1357-58 (S.D. Fla. 2004); Reyher v. Equitable Life Assur. Soc., 900 F. Supp. 428, 430 (M.D. Fla. 1995). A motion for reconsideration is not intended to be a tool for relitigating what a court has already decided. Reyher, 900 F. Supp. at 430.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion to Reconsider [DE 42] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of July, 2011.

JAMES I. COHN
United States District Judge

copies to:

Erick Edouard, pro se
Joseph Tringali, AAG